UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PIERRE HAYNES                                                                                          PETITIONER

V.                                                                          CIVIL ACTION NO.1:06CV330-GHD-JAD

JIM HOOD                                                                                               RESPONDENT

## FINAL JUDGMENT

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 20, 2007, was on that date duly served by first class mail upon the petitioner, and the attorneys of record for the respondents; that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 20, 2007, be, and it is hereby, approved and adopted as the opinion of the Court; and

2. That Petitioner's Petition for Writ of Habeas Corpus is denied; and this case is dismissed with prejudice.

THIS, the 12 day of April, 2007.

_____
CHIEF JUDGE